IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| APRIL D. CHANDLER, | ] |
| | ] |
| Plaintiff, | ] |
| | ] |
| v. | ] Civil Action No.: |
| | ] 3:10-cv-2961-AKK |
| | ] |
| VOLUNTEERS OF AMERICA, | ] |
| NORTH ALABAMA, INC., | ] |
| | ] |
| Defendant. | ] |

FILED
DEC - 4 2013
UNITED STATES
NORTHERN DISTRICT COURT
DISTRICT OF ALABAMA

## SPECIAL INTERROGATORIES TO THE JURY

The parties submit the following proposed special interrogatories to the jury:

**Do you find from a preponderance of the evidence:**

### A.   Direct Care Assignments

1. That Defendant forced Plaintiff to accept direct care assignments that had been refused by White employees?

Answer Yes or No __YES__

If your answer is "No," this ends your deliberations on this claim and you should move on to section B. If your answer is "Yes," go to the next

1

question.

 2. That Plaintiff's race was a motivating factor that prompted Defendant to take that action?

 Answer Yes or No __NO__

If your answer is "No," this ends your deliberations on this claim and you should move on to section B. If your answer is "Yes," go to the next question.

 3. That Defendant would have directed Plaintiff to perform the assignments even if Defendant had not taken Plaintiff's race into account?

 Answer Yes or No _____

**B.**  <u>Administrative Leave</u>

 1. That Defendant placed Plaintiff on administrative leave?

 Answer Yes or No __YES__

If your answer is "No," this ends your deliberations on this claim and you should move on to section C. If your answer is "Yes," go to the next question.

 2. That Plaintiff's race was a motivating factor that prompted

Defendant to take that action?

    Answer Yes or No __NO__

If your answer is "No," this ends your deliberations on this claim and you should move on to section C. If your answer is "Yes," go to the next question.

    3. That Defendant would have placed Plaintiff on administrative leave even if Defendant had not taken Plaintiff's race into account?

    Answer Yes or No _____

C. **Confidential Information**

    1. That Defendant shared confidential information about Plaintiff?

    Answer Yes or No __YES__

If your answer is "No," this ends your deliberations on this claim and you should move on to section D. If your answer is "Yes," go to the next question.

    2. That Plaintiff's race was a motivating factor that prompted Defendant to take that action?

    Answer Yes or No __NO__

If your answer is "No," this ends your deliberations on this claim and you

should move on to section D.  If your answer is "Yes," go to the next question.

    3. That Defendant would have shared the confidential information about Plaintiff even if Defendant had not taken Plaintiff's race into account?

    Answer Yes or No _____

[If your answer is "Yes" to question 3 in either section A, B, or C, or "No" to question 2 in either Section A, B, or C, then you do not have to answer the remaining questions. In that case, you skip Section D.]

D.    <u>Damages</u>

    4. That Plaintiff should be awarded damages to compensate for a net loss of wages to the date of your verdict?

    Answer Yes or No _____

If your answer is "Yes,"

in what amount? $_____

    5. That Plaintiff should be awarded damages to compensate for emotional pain and mental anguish?

Answer Yes or No _____

If your answer is "Yes,"

in what amount? $_____

[If you did not award damages in response to either Question Nos. 4 or 5, this will end your deliberations, and your foreperson should go to the end of this verdict form to sign and date it. If you awarded damages in response to Question Nos. 4 or 5 (or both), go to the next question.]

6. That punitive damages should be assessed against Defendant?

Answer Yes or No _____

If your answer is "Yes,"

in what amount? $_____

        SO SAY WE ALL.