FILED
2014 Feb-12  PM 12:30
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| **APRIL D. CHANDLER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No.:** |
| | ) | |
| **VOLUNTEERS OF AMERICA,** | ) | **3:10-cv-02961-AKK** |
| **NORTH ALABAMA, INC.,** | ) | **(JURY DEMAND)** |
| | ) | |
| **Defendant.** | ) | |

**PLAINTIFF APRIL D. CHANDLER'S SUPPLEMENT TO HER MOTION
FOR RECONSIDERATION OR RENEWED MOTION FOR RECUSAL
(DOC. 196)**

Plaintiff April D. Chandler ("Chandler") hereby supplements her Motion

For Reconsideration Or Renewed Motion For Recusal (Doc. 196) by and through

her February 12, 2014 Declaration which is attached hereto as Exhibit A.

/s/Michael L. Weathers
Michael L. Weathers
Attorney for Plaintiff April D. Chandler
101 Courtview Towers
Florence, Alabama 35630-5417
(256) 764-1318 (Telephone)
(256) 764-1319 (Facsimile)
E-mail Address: michael.l.weathers@comcast.net

## CERTIFICATE OF SERVICE

I hereby certify that on this the 10th day of February 2014, I electronically filed the foregoing Plaintiff April D. Chandler's Supplement To Her Motion For Reconsideration Or Renewed Motion For Recusal (Doc. 196) with the Clerk of this Court using the CM/ECF system which will send notification of such filing to Defendant's counsel.

/s/Michael L. Weathers
Michael L. Weathers