FILED
2014 Feb-12 PM 12:30
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A

## DECLARATION OF APRIL D. CHANDLER

I, April D. Chandler, am over twenty-one (21) years of age and a resident of Lauderdale County, Alabama. I am black. I have personal knowledge of the matters addressed in this declaration. I am competent to testify about the matters addressed in this declaration and would testify to these matters if called to do so. I give this declaration voluntarily, and it is made pursuant to 28 U.S.C. § 1746.

I feel like Judge Abdul K. Kallon's impartiality might reasonably be questioned. I am concerned that Judge Kallon has a personal bias or prejudice against me and other plaintiffs in cases against Volunteers of America.

In a hearing, in open court, in the case of <u>King v. Volunteers of America, North Alabama, Inc.</u>, In the United States District Court for the Northern District of Alabama, Northwestern Division, Civil Action No. 3:08-cv-00856-AKK ("the <u>King</u> case") on January 27, 2014, Judge Kallon stated, "Ms. Chandler is a hothead." Judge Kallon accused me of trying "to be cute". Judge Kallon told Ms. King, "If she tries to be cute, as she did in Florence…it will not look kindly to her…"

At the time Judge Kallon made the biased statements against me, I was scheduled to be a witness in the <u>King</u> case.

Declaration of April D. Chandler

*April D. Chandler* (signature)

April D. Chandler
February 12, 2014
Page 1 of 3

When I testified during the trial of the <u>King</u> case, Judge Kallon essentially took over the questions which were asked of me. Judge Kallon asked questions of me in a way which, I believe, left the jury with the impression that he did not believe I was telling the truth. It was very embarrassing and humiliating to me.

Judge Kallon was rude to me during the trial of my case, <u>Chandler v. Volunteers of America, North Alabama, Inc.</u>, In the Northern District of Alabama, Northwestern Division, Civil Action No. 3:10-cv-02961-AKK.

I have another case which is pending before Judge Kallon, <u>Chandler v. Volunteers of America, Southeast, Inc.</u>, In the United States District Court for the Northern District of Alabama, Northwestern Division, Civil Action No. 3:12-cv-03701-AKK, and I am asking Judge Kallon to recuse himself as the Judge in both of my cases.

I have lost my job, the benefits that went with my job, and my financial security. I assure everyone that I do not feel "cute" about the situation. There is certainly nothing "cute" about my situation. I have a special needs child and my job and my income and benefits I had with my job were critical to me in my ability to support my children including my special needs child. There is certainly nothing "cute" about my situation.

Declaration of April D. Chandler

*April D. Chandler*

April D. Chandler
February 12, 2014
Page 2 of 3

I do not feel like a "hothead" simply because I am seeking protection under the civil rights laws of my country.

Judge Kallon's dislike for me is preventing me and others from getting fair and impartial trials in our cases against Volunteers of America in which I am the plaintiff or a witness. Judge Kallon's belittling my case by putting it on the level of "cute" is extremely hurtful to me and my children.

I believe Judge Kallon's dislike for me unfavorably influences members of the jury during the course of the trials Judge Kallon presides over in which I am the plaintiff or a witness.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 12th day of February 2014.

*April D. Chandler*
April D. Chandler